# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

## MINUTE SHEET

**UNITED STATES OF AMERICA**       Date:     February 11, 2026

vs.      Case No.:25-05031-01-CR-SW-MDH

**FRANCISCO DAVID ROSAS**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:**    Initial Appearance – Indictment
                            Arraignment
                            Scheduling Conference

**Time Commenced:**    11:46 a.m.                     **Time Terminated:** 11:53 a.m.

---

## APPEARANCES

**Plaintiff:**      Cameron Beaver, AUSA
**Defendant:**    Paul Duchscherer, FPD
**USPTTS:**      Tracy Cowin

---

**Proceedings:**    Parties appear as indicated above. Defendant appears in person.

Because Defendant has been arrested, Government orally requests to unseal the indictment. Court grants oral request and orders that indictment/case be unsealed and processed in accordance with established procedure and law.

Defendant waives formal reading of the indictment and enters a plea of not guilty. A scheduling order setting forth discovery deadlines will be entered by the Court. Case will be placed on the next Joint Criminal Trial Docket. Rule 5f Order entered. Defendant was arrested in the Northern District of Illinois and was released on bond. Defendant has read and agrees to abide by the *Appearance Bond* and *Order Setting Conditions of Release.*

     Defendant on bond.

---

**Courtroom Deputy/ERO:**    Karla Berziel