# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 25-05031-01-CR-SW-MDH |
| | ) | |
| FRANCISCO DAVID ROSAS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR CONTINUANCE

Comes now defendant, Francisco David Rosas, by counsel Steven R. Berry, and moves this Court, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B), to remove this case from the scheduled trial docket and to continue this case until the August 10, 2026, trial docket.

## SUGGESTIONS IN SUPPORT

1. Mr. Rosas was charged in a one count Indictment on August 26, 2025.

2. Undersigned counsel has not received the discovery from the government. Thus, additional time is needed to obtain and review the discovery, conduct legal research, conduct investigation, meet with the Defendant, and prepare for trial.

3. This continuance is not sought for purpose of dilatory delay, but is sought in truth and fact so that the defendant may fully investigate the case and adequately prepare for trial.

4. In accordance with 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), it is submitted that a continuance outweighs the best interests of the public and the defendant to a speedy

trial, which is required by 18 U.S.C. § 3161(c)(1). Under the provisions of 18 U.S.C. § 3161(h)(8)(A), the period of time until the requested criminal trial docket setting should be excluded in computing the period of time in which the defendant should be brought to trial under the provisions of the Speedy Trial Act.

WHEREFORE, defendant, Francisco David Rosas, respectfully requests this Court, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B), to continue this case until the August 10, 2026, trial docket, or to any other subsequent date which this Court deems appropriate.

Respectfully submitted,

*/s/ Steven R. Berry*
**STEVEN R. BERRY, #48586**
Assistant Federal Public Defender
901 St. Louis Street, Suite 801
Springfield, Missouri 65806
(417) 873-9022
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case, and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants.

*/s/ Steven R. Berry*
**STEVEN R. BERRY**

2