**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION**

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )  Case No. 25-05031-01-CR-SW-MDH
)
FRANCISCO DAVID ROSAS, )
)
Defendant. )

**MOTION FOR ENLARGEMENT OF TIME**
**IN WHICH TO FILE PRETRIAL MOTIONS**

Comes now Defendant, by counsel, and moves the Court for an enlargement of time to and including May 13, 2026, in which to file pretrial motions.   Per this Court's Scheduling Order issued February 11, 2026, Defendant's pretrial motions are due March 13, 2026.

Counsel needs additional time to review and evaluate the discovery, conduct investigation (if necessary), conduct legal research, and consult experts (if necessary) to determine whether pretrial motions are warranted.

Counsel for Defendant assures the Court that this requested enlargement of time is not sought to hinder or delay this matter, and will not result in prejudice to the Defendant.

WHEREFORE, it is respectfully requested that an enlargement of time to and including May 13, 2026, be granted in which to file pretrial motions.

Respectfully submitted,

/s/ Steven R. Berry
**STEVEN R. BERRY, #48586**
Assistant Federal Public Defender
901 St. Louis Street, Suite 801
Springfield, Missouri 65806
(417) 873-9022
Attorney for Defendant

March 13, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case.

/s/ Steven R. Berry
**STEVEN R. BERRY**

2